1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN GARCIA, | ) | 1:12cv031 AWI DLB |
| | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS |
| Plaintiff, | ) | (Document 1) |
| | ) | |
| v. | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | FILE LODGED COMPLAINT |
| KOJO H. MOORE, et al., | ) | (Document 4) |
| | ) | |
| | ) | ORDER VACATING APRIL 5, 2012 |
| | ) | SCHEDULING CONFERENCE |
| Defendants. | ) | |
| | ) | |

Plaintiff Steven Garcia ("Plaintiff") is proceeding pro se in this action.  Plaintiff's complaint was lodged on December 27, 2011, and subsequently transferred to this Court. Plaintiff also filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

The Clerk of Court is ORDERED to FILE the lodged complaint.

As Plaintiff's complaint has not been screened pursuant to 28 U.S.C. § 1915(e)(2), the Court VACATES the April 5, 2012, Scheduling Conference.

IT IS SO ORDERED.

Dated:   __January 11, 2012__          _____/s/ Dennis L. Beck_____
                                                       UNITED STATES MAGISTRATE JUDGE

1